# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KEITH LAMAR BLACKWELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:14CV1061 NCC |
| CHARLIE A. DOOLEY, et al., | ) ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for extension of time to "respond to all Court documents." As there are no pending Court Orders requiring plaintiff's response, the motion will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to "respond to all Court documents" [Doc. #15] is **DENIED AS MOOT**.

Dated this 20th day of November, 2014.

/s/Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE