# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KEITH LAMAR BLACKWELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:14CV1061 NCC |
| CHARLIE A. DOOLEY, et al., | ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On November 19, 2014, service was returned unexecuted by St. Louis County, as to defendants Dolores Gunn (former, Director of Health, St. Louis County Justice Center) and A. Moore (Correctional Officer, St. Louis County Justice Center). On the return of summons, it is noted that defendant Gunn has retired and defendant Moore has resigned. In order to effectuate service on these defendants, the Court will order St. Louis County to submit the last known home addresses for these defendants under seal and *ex parte*.

Additionally, in order to identify the defendant identified by plaintiff as "Jane Doe Nurse on duty at the Justice Center between the hours of 1:00 am and 6:00 am on August 1, 2014," the Court will require counsel for St. Louis County to review the Justice Center's duty roster and provide a proper name and service address for this defendant.

Accordingly,

**IT IS HEREBY ORDERED** that the St. Louis County Counselor's Office shall submit the last known home addresses for defendants Dolores Gunn (former, Director of Health, St. Louis County Justice Center) and A. Moore (Correctional Officer, St. Louis

County Justice Center) to the Court, under seal and *ex parte*, no later than twenty-one (21) days from the date of this Order.

**IT IS FURTHER ORDERED** that, within twenty-one days of the date of this Order, the St. Louis County Counselor's Office shall identify, by proper name, and submit to the Court the name and last known home address for the defendant identified by plaintiff as "Jane Doe Nurse on duty at the Justice Center between the hours of 1:00 am and 6:00 am on August 1, 2014."

Dated this 10th day of December, 2014.

/s/Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE