UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KEITH LAMAR BLACKWELL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CV1061 NCC |
| | ) | |
| CHARLIE A. DOOLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is defense counsel Priscilla Gunn's response to the Court's request for service information as to defendants Dolores Gunn (former, Director of Health, St. Louis County Justice Center) and A. Moore (Correctional Officer, St. Louis County Justice Center). Counsel has entered her appearance on behalf of Dolores Gunn and provided, under seal, a last known address for Andrew Moore. The Clerk of Court shall serve Andrew Moore, through summons effectuated by the U.S. Marshal's Service, at his last known address.[1] The Clerk shall also update the docket to reflect Ms. Dolores Gunn's proper name.

Additionally, counsel has identified the defendant noticed by plaintiff as "Jane Doe Nurse on duty at the Justice Center between the hours of 1:00 am and 6:00 am on August 1, 2014," as defendant Janet Duwe and agreed to enter an appearance on this defendant's behalf. As such, the Clerk of Court shall update the docket to reflect Ms. Duwe's proper name.

---

[1] Summons containing Andew Moore's last known address shall be filed under seal.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall serve defendant Andrew Moore (reflected as A. Moore on the docket), through service of summons effectuated by the U.S. Marshal's Service, at Mr. Moore's last known address. A copy of the summons shall be filed under seal and shall not be provided to plaintiff. The docket shall be updated to reflect the proper name of defendant Andrew Moore.

**IT IS FURTHER ORDERED** that the docket shall be updated to reflect the proper name for defendants Dolores Gunn and Janet Duwe (f/k/a Jane Doe Nurse).

Dated this 7th day of January, 2015.

/s/Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE