UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KEITH LAMAR BLACKWELL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CV1061 NCC |
| | ) | |
| CHARLIE A. DOOLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for reconsideration of the Order of Partial Dismissal, filed on November 10, 2014. A review of plaintiff's assertions in their entirety finds no grounds for revisiting this Court's prior Memorandum and Order and Order of Partial Dismissal. As such, plaintiff's request that several defendants and claims be reinstated to his lawsuit will be denied.

However, plaintiff's request for additional time to "research legal issues," will be granted in part. The Court presumes that plaintiff is seeking additional time to respond to defendant Gerald Kramer's motion for summary judgment, filed on December 19, 2014. The Court will provide plaintiff sixty (60) days from the date of this Memorandum and Order to respond to the summary judgment motion. No additional extensions will be granted without good cause shown.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the Order of Partial Dismissal [Doc. #46] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for extension of time to respond to defendant's motion for summary judgment [Doc. #47] is **GRANTED IN PART**. Plaintiff shall respond to defendant Kramer's motion for summary judgment within **sixty (60) days** of the date of this Memorandum and Order.

Dated this 7th day of January, 2015.

                                                              _____
                                                              HENRY EDWARD AUTREY
                                                              UNITED STATES DISTRICT JUDGE