UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH LAMAR BLACKWELL, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14CV1061 NCC |
| CHARLIE A. DOOLEY, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

Before the Court are plaintiff's requests for reconsideration of the partial dismissal of several defendants and claims. Plaintiff has made this request previously. A review of plaintiff's assertions in their entirety finds no grounds for revisiting this Court's prior Memorandum and Order and Order of Partial Dismissal. As such, plaintiff's requests that several defendants and claims be reinstated to his lawsuit will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's requests for reconsideration of the partial dismissal of several defendants and claims in this action [Doc. #95 and #97] are **DENIED**.

Dated this 5th day of May, 2015

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE