# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEITH LAMAR BLACKWELL, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14CV1061 NCC |
| CHARLIE A. DOOLEY, et al., | ) |
| Defendants, | ) |

## OPINION, MEMORANDUM AND ORDER

Before the Court are plaintiff's requests to withdraw his interlocutory appeal. On January 20, 2015, plaintiff filed a notice of appeal [Doc. #61] relating to the Order of Partial Dismissal entered on November 10, 2014 [Doc. #13]. On January 22, 2015, the Court entered an order telling plaintiff to either pay the full $505 appellate filing fee or withdraw his interlocutory appeal. On February 3, 2015, and again on March 12, 2015, plaintiff filed motions [Doc. #76 and #88] asking the Court to withdraw his interlocutory appeal. The Court will grant his motions.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions to withdraw his interlocutory appeal [Doc. #76, #88] are **GRANTED**.

Dated this 5th day of May, 2015

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE