UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH LAMAR BLACKWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14CV1061 NCC |
| ) | |
| GERALD KRAMER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the court is Plaintiff's motion for production of documents relating to defendant Rottnek's medical license and miscellaneous "contracts." Plaintiff seeks copies of the medical license and documents relating to Doctor Rottnek's duties as a "Director" and "Contractor" at the County Justice Center.

Discovery has not yet commenced in this action. Therefore, Plaintiff's motion for production of documents is premature. The court will issue a Case Management Order detailing a discovery schedule and the manner in which documents should be produced by both parties after the court rules on the motions currently pending it.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for production of documents [Doc. #86] is **DENIED** without prejudice.

Dated this 16th day of July 2015.

    /s// Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE