# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KEITH LAMAR BLACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CV1061 NCC |
| | ) | |
| GERALD KRAMER, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Before the Court are Plaintiff's requests for copies of the Court file, including a copy of his amended complaint. The Court does not ordinarily provide free copies of documents, or send copies of documents to opposing parties, on behalf of persons granted in forma pauperis status. This responsibility remains with Plaintiff at all times, and he must send copies of every document he files to the attorney representing the defendants.

Further, the Clerk will not make copies of documents and then return the original documents to the Plaintiff. The Clerk's Office will make copies of documents at the rate of fifty cents (50¢) per page, prepaid. Or Plaintiff may send two copies of a document to the Court along with a self-addressed stamped envelope, and the Clerk will return a file-stamped copy of the document to Plaintiff.

As Plaintiff has indicated that he "lost" his copy of his amended complaint, the Court will, this one time, instruct the Clerk of Court to send Plaintiff a copy of his amended complaint free of charge. If Plaintiff seeks additional copies from this Court, he must prepay for the copies prior to receiving them.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motions for copies [Doc. #80 and #85] are **GRANTED IN PART AND DENIED IN PART**. The Clerk of Court shall provide Plaintiff a copy of his amended complaint and accompanying exhibits. If Plaintiff seeks additional copies from this Court, he must prepay for the copies at a rate of 50¢ per page.

**IT IS FURTHER ORDERED** that Plaintiff's request for a copy of the Federal Rules of Appellate Procedure [Doc. #96] is **DENIED**.

Dated this 16th day of July 2015.

       /s/ Noelle C. Collins
       NOELLE C. COLLINS
       UNITED STATES MAGISTRATE JUDGE