UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KEITH LAMAR BLACKWELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:14CV1061 NCC |
| GERALD KRAMER, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the court is Plaintiff's motion for production of documents relating to Defendants Gunn, Duwe and Kramer. Plaintiff seeks copies of incident and inspection reports, work orders, invoices, an operations manual, e-mails, and a contract. (Doc. 103).

Discovery has not yet commenced in this action. Therefore, Plaintiff's motion for production of documents is premature. The court will issue a Case Management Order detailing a discovery schedule and the manner in which documents should be produced by all parties.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for production of documents [Doc.103] is **DENIED,** without prejudice.

Dated this 22nd day of July 2015.

    /s// Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE