UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KEITH LAMAR BLACKWELL, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No. 4:14-CV-01061-NCC |
| CHARLIE A. DOOLEY, et al., | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER

Plaintiff submitted a notice of appeal without either paying the filing fee or submitting a motion to proceed in forma pauperis. The United States Court of Appeals for the Eighth Circuit has remanded the case for a determination of plaintiff's in forma pauperis status.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $505 appellate filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his notice of appeal.

**IT IS FURTHER ORDERED** that the Clerk shall mail plaintiff a copy of the Court's form "Motion to Proceed in Forma Pauperis - Prisoner Cases."

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will deny in forma pauperis status.

Dated this 6th day of February, 2017.

    /s/ Noelle C. Collins_____
**NOELLE C. COLLINS**
**UNITED STATES MAGISTRATE JUDGE**